CLOSED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARRY J. GAINEY, <br><br> Plaintiff, <br><br> v. <br><br> BULLSEYE MEDIA, INC., SELECTIVE SHOPPER, INC. ABC CORPORATIONS (1-10) and JOHN DOES (1-20), <br><br> Defendants. | DOCKET NO.: 04-5981(DMC) <br><br> CIVIL ACTION <br><br> NOTICE OF VOLUNTARY DISMISSAL AGAINST ALL DEFENDANTS |

**PLEASE TAKE NOTICE**, that Plaintiff, BARRY J. GAINEY, by his attorneys Gainey & McKenna, pursuant to Rule 41(a)(1)(i) hereby dismisses the captioned matter against all of the named defendants herein. Defendants were not served with the Summons and Complaint.

Dated: February 8, 2005

GAINEY & McKENNA
Attorneys for Plaintiff(s)

PETER J. LAMONT (PJL-1661)
666 Godwin Avenue, Suite 230
Midland Park, New Jersey 07432
(201) 689-9000
File No.: 170.112

SO ORDERED: _____
DENNIS M. CAVANAUGH, U.S.D.J.
2-17-05